**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION**

| | |
|---|---|
| TRACY TILLEY, | ) |
| | ) Case No. 1:22-cv-254 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| PROFESSIONAL MEDICAL | ) |
| BILLING | ) |
| | ) |
| Defendant. | ) |
| | ) |

**PETITION FOR REMOVAL**

COMES NOW Defendant, Professional Medical Billing ("PMB"), by counsel, pursuant to Title 28, United States Code, Section 1446, and respectfully petitions the Court as follows:

1. On July 20, 2022, an action was commenced against the Defendant, PMB in the Allen Superior Court of the State of Indiana, entitled *Tracy Tilley v Professional Medical Billing, Cause No: 02D09-2207-CT-000341* by the filing of a Complaint with said Court. A copy of the Complaint, which was received by PMB on or about July 25, 2022, and is attached hereto and incorporated herein as Exhibit "A".

2. The above-described action is a civil action of which this Court has original jurisdiction under the provisions of 42 U.S.C. Section 1981 and 29 U.S.C. Section 201, et seq. and is one which may be removed to this Court by PMB.

3. PMB has filed a Notice of Filing Petition for Removal contemporaneously herewith in the Allen County Superior Court.

WHEREFORE, Defendant, Professional Medical Billing, prays that the action above now pending against the Defendant in the Allen Superior Court be removed therefrom to this Court forthwith, and for all other just and proper relief in the premises.

BARRETT MCNAGNY LLP

Date: August 2, 2022

By: */s/Rachel K. Steinhofer*
Anthony M. Stites, #14078-71
Rachel K. Steinhofer, #29281-49
215 E. Berry Street
P. O. Box 2263
Fort Wayne, IN 46801
Phone:  (260) 423-9551
Fax:    (260) 423-8920
E-mail: ams@barrettlaw.com
        rks@barrettlaw.com
*Attorneys for Defendant*

3384779